**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 00-1798**

—————————

FRANCINE COLE,

                                        Plaintiff - Appellant,

        versus

RICHLAND MEMORIAL HOSPITAL; MICHAEL D. WADE,
Individually; PAT WELLS, Individually; K.
OUIDETTE GASQUE-CARTER, Individually; ELAINE
ROBB, R.N., Individually; A. S. DUNBAR,
Individually,

                                        Defendants - Appellees.

—————————

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  Joseph F. Anderson, Jr., Chief Dis-
trict Judge.  (CA-99-412-1-17BC)

—————————

Submitted: February 28, 2001        Decided:  March 19, 2001

—————————

Before WIDENER, MICHAEL, and TRAXLER, Circuit Judges.

—————————

Affirmed by unpublished per curiam opinion.

—————————

Francine Cole, Appellant Pro Se.  Charles Elford Carpenter, Jr.,
Georgia Anna Mitchell, S. Elizabeth Brosnan, William Curry McDow,
RICHARDSON, PLOWDEN, CARPENTER & ROBINSON, Columbia, South Caro-
lina; James E. Parham, Jr., Irmo, South Carolina; Andrew Frederick
Lindemann, DAVIDSON, MORRISON & LINDEMANN, P.A., Columbia, South
Carolina, for Appellees.

—————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Francine Cole appeals the district court's orders dismissing her 42 U.S.C.A. § 1983 (West Supp. 2000) complaint. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Cole v. Richland Mem'l Hosp., No. CA-99-412-1-17BC (D.S.C. March 23 & May 4 & 22, 2000). In light of this disposition, we deny Cole's motion to ensure corrected record on appeal and/or supplement the district court's transcript. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED